## CAUSE NO. 20-002171-CV-272

| | | |
|---|---|---|
| **BE&K BUILDING GROUP, LLC,** | § | **IN THE DISTRICT COURT OF** |
| *Plaintiff,* | § | FILED IN |
| | § | 15th COURT OF APPEALS |
| | § | AUSTIN, TEXAS |
| **v.** | § | **BRAZOS COUNTY, TEXAS** |
| | § | CHRISTOPHER A. PRINE |
| | § | Clerk |
| **THE BOARD OF REGENTS OF THE** | § | |
| **TEXAS A&M UNIVERSITY SYSTEM,** | § | |
| *Defendant.* | § | **272ND JUDICIAL DISTRICT** |

### DEFENDANT'S NOTICE OF APPEAL AND NOTICE OF AUTOMATIC STAY

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to the provisions of Rule 25, Texas Rules of Appellate Procedure, and §51.014(a)(8) of the Texas Civil Practice and Remedies Code, Defendant The Board of Regents of the Texas A&M University System ("TAMUS") hereby gives notice of its appeal in accordance with law.

1.     On April 9, 2025, the trial court filed and entered its Order Denying Defendant's Plea to the Jurisdiction ("Order"), a copy of which is attached hereto as Exhibit "A".

3.     Defendant, TAMUS is not required to post bond. *See* TEX. CIV. PRAC. & REM. CODE §§ 6.001 and 104.006.

4.     This appeal is taken to the Fifteenth Court of Appeals, sitting at Austin, Texas, and is an accelerated appeal pursuant to Rule 28.1, Texas Rules of Appellate Procedure.

5.     The name of the party filing this notice is as follows: The Board of Regents of the Texas A&M University System.

6.     The Texas Civil Practice and Remedies Code entitles Defendant to take an interlocutory appeal from the Order denying its plea to the jurisdiction.  TEX. CIV. PRAC. & REM. CODE § 51.014(a)(8) ("A person may appeal from an interlocutory order of a district court . . . that . . .

denies a plea to the jurisdiction by a governmental unit[.]"). Defendant now exercises its right to seek an accelerated appeal to the Fifteenth Court of Appeals in Austin, Texas. TEX. R. APP. P. 28.1 ("Appeals from interlocutory orders (when allowed by statute) . . . are accelerated appeals.").

7. Defendant notifies this Court that, upon the filing of this Notice of Appeal, all proceedings in the trial court are automatically stayed pending resolution of the appeal. *See* TEX. CIV. PRAC. & REM. CODE §§ 51.014(b)-(c).

Respectfully submitted.

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division

/s/ William H. Farrell
**WILLIAM H. FARRELL**
Assistant Attorney General
Texas Bar No. 0079531
biff.farrell@oag.texas.gov

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: (512) 936-2650
Fax: (512) 320-0667
**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2025, a true and correct copy of the foregoing *Defendant's Notice of Appeal* was served on all counsel of record via e-mail.

/s/ William H. Farrell
**WILLIAM H. FARRELL**
Assistant Attorney General

**Received & Filed 4/8/2025 9:53 AM**
**Gabriel Garcia, District Clerk**
**Brazos County, Texas**
**Cereena Grimes**
**Envelope# - 99394729**

Cause No. 20-002171-CV-272

| | |
|---|---|
| **BE&K BUILDING GROUP, LLC** | IN THE DISTRICT OF |
| Plaintiff, | |
| v. | BRAZOS COUNTY TEXAS |
| **THE BOARD OF REGENTS OF TEXAS A&M UNIVERSITY SYSTEM,** | |
| Defendant. | 272ND JUDICIAL DISTRICT |

## ORDER

Pending before the Court is Defendant The Board Of Regents of the Texas A&M University System's Plea to the Jurisdiction. The Court has reviewed the Defendant's Plea to the Jurisdiction, BE&K Building Group LLC's Opposition to the Defendant's Plea to the Jurisdiction, the Defendant's Reply, BE&K Building Group LLC's Objections and Motion to Strike the Affidavit of Calvin Boydstun,[1] and the parties' additional filings concerning the Defendant's Plea to the Jurisdiction and the Plaintiff's opposition to the Defendant's Plea to the Jurisdiction. The Court also conducted a hearing where the parties orally argued and had the opportunity to present their positions to the Court. After considering all of the foregoing and all of the evidence that is properly before the Court, the Court is of the opinion that Defendant's Plea to the Jurisdiction should be **DENIED. It is therefore**

**ORDERED** that Defendant The Board Of Regents of the Texas A&M University System's Plea to the Jurisdiction is **DENIED.**

Signed on this ___9th___ day of ___April___, 2025

_____
JUDGE PRESIDING

---

[1] The Court is, by separate order, issuing rulings on BE&K Building Group LLC's Objections and Motion to Strike the Affidavit of Calvin Boydstun. The Court's ruling on Defendant's Plea to the Jurisdiction would be the same regardless of whether the Court sustained or overruled any of the objections presented by BE&K Building Group to that affidavit.

**EXHIBIT A**

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Frank Domino
Bar No. 24038864
FrankDomino@MehaffyWeber.com
Envelope ID: 99394729
Filing Code Description: Proposed Order
Filing Description: on Defendant Plea to Jurisdiction
Status as of 4/8/2025 12:21 PM CST

Associated Case Party: The Board of Regents of The Texas A & M University System

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 4/8/2025 9:53:27 AM | SENT |
| William Farrell | | biff.farrell@oag.texas.gov | 4/8/2025 9:53:27 AM | SENT |
| William SumnerMacdaniel | | william.macdaniel@oag.texas.gov | 4/8/2025 9:53:27 AM | ERROR |
| Reuben Blum | | Reuben.Blum@oag.texas.gov | 4/8/2025 9:53:27 AM | ERROR |

Associated Case Party: BE&K Building Group, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Thomas Crist | | tcrist@Beneschlaw.com | 4/8/2025 9:53:27 AM | SENT |
| Frank Domino | | frankdomino@mehaffyweber.com | 4/8/2025 9:53:27 AM | SENT |
| Becky Kaloczi | | BKaloczi@beneschlaw.com | 4/8/2025 9:53:27 AM | SENT |
| Jonathon Korinko | | JKorinko@beneschlaw.com | 4/8/2025 9:53:27 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Hollie Ross | | HollieRoss@MehaffyWeber.com | 4/8/2025 9:53:27 AM | SENT |
| Alyssa Bixby-Lawson | | alyssa.bixby-lawson@oag.texas.gov | 4/8/2025 9:53:27 AM | SENT |
| Andrea Fratus | | edocket@mehaffyweber.com | 4/8/2025 9:53:27 AM | SENT |
| B. RobinBurt | | robin.burt@oag.texas.gov | 4/8/2025 9:53:27 AM | ERROR |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nicole Myette on behalf of William Farrell
Bar No. 796531
nicole.myette@oag.texas.gov
Envelope ID: 99736231
Filing Code Description: Notice
Filing Description: Notice of Appeal and Ex A
Status as of 4/16/2025 1:48 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Hollie Ross | | HollieRoss@MehaffyWeber.com | 4/16/2025 11:16:20 AM | SENT |
| Alyssa Bixby-Lawson | | alyssa.bixby-lawson@oag.texas.gov | 4/16/2025 11:16:20 AM | SENT |
| Andrea Fratus | | edocket@mehaffyweber.com | 4/16/2025 11:16:20 AM | SENT |
| B. RobinBurt | | robin.burt@oag.texas.gov | 4/16/2025 11:16:20 AM | ERROR |

Associated Case Party: BE&K Building Group, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Thomas Crist | | tcrist@Beneschlaw.com | 4/16/2025 11:16:20 AM | SENT |
| Frank Domino | | frankdomino@mehaffyweber.com | 4/16/2025 11:16:20 AM | SENT |
| Becky Kaloczi | | BKaloczi@beneschlaw.com | 4/16/2025 11:16:20 AM | SENT |
| Jonathon Korinko | | JKorinko@beneschlaw.com | 4/16/2025 11:16:20 AM | SENT |

Associated Case Party: The Board of Regents of The Texas A & M University System

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 4/16/2025 11:16:20 AM | SENT |
| William Farrell | | biff.farrell@oag.texas.gov | 4/16/2025 11:16:20 AM | SENT |
| Reuben Blum | | Reuben.Blum@oag.texas.gov | 4/16/2025 11:16:20 AM | ERROR |
| William SumnerMacdaniel | | william.macdaniel@oag.texas.gov | 4/16/2025 11:16:20 AM | ERROR |

Received & Filed 4/8/2025 9:53 AM
Gabriel Garcia, District Clerk
Brazos County, Texas
Cereena Grimes
Envelope# - 99394729

Cause No. 20-002171-CV-272

| | |
|---|---|
| **BE&K BUILDING GROUP, LLC** | IN THE DISTRICT OF |
| Plaintiff, | |
| v. | BRAZOS COUNTY TEXAS |
| **THE BOARD OF REGENTS OF TEXAS A&M UNIVERSITY SYSTEM,** | |
| Defendant. | 272ND JUDICIAL DISTRICT |

## ORDER

Pending before the Court is Defendant The Board Of Regents of the Texas A&M University System's Plea to the Jurisdiction. The Court has reviewed the Defendant's Plea to the Jurisdiction, BE&K Building Group LLC's Opposition to the Defendant's Plea to the Jurisdiction, the Defendant's Reply, BE&K Building Group LLC's Objections and Motion to Strike the Affidavit of Calvin Boydstun,[1] and the parties' additional filings concerning the Defendant's Plea to the Jurisdiction and the Plaintiff's opposition to the Defendant's Plea to the Jurisdiction. The Court also conducted a hearing where the parties orally argued and had the opportunity to present their positions to the Court. After considering all of the foregoing and all of the evidence that is properly before the Court, the Court is of the opinion that Defendant's Plea to the Jurisdiction should be **DENIED. It is therefore**

**ORDERED** that Defendant The Board Of Regents of the Texas A&M University System's Plea to the Jurisdiction is **DENIED.**

Signed on this ___9th___ day of ___April___, 2025

_____
JUDGE PRESIDING

---

[1] The Court is, by separate order, issuing rulings on BE&K Building Group LLC's Objections and Motion to Strike the Affidavit of Calvin Boydstun. The Court's ruling on Defendant's Plea to the Jurisdiction would be the same regardless of whether the Court sustained or overruled any of the objections presented by BE&K Building Group to that affidavit.

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Frank Domino
Bar No. 24038864
FrankDomino@MehaffyWeber.com
Envelope ID: 99394729
Filing Code Description: Proposed Order
Filing Description: on Defendant Plea to Jurisdiction
Status as of 4/8/2025 12:21 PM CST

Associated Case Party: The Board of Regents of The Texas A & M University System

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 4/8/2025 9:53:27 AM | SENT |
| William Farrell | | biff.farrell@oag.texas.gov | 4/8/2025 9:53:27 AM | SENT |
| William SumnerMacdaniel | | william.macdaniel@oag.texas.gov | 4/8/2025 9:53:27 AM | ERROR |
| Reuben Blum | | Reuben.Blum@oag.texas.gov | 4/8/2025 9:53:27 AM | ERROR |

Associated Case Party: BE&K Building Group, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Thomas Crist | | tcrist@Beneschlaw.com | 4/8/2025 9:53:27 AM | SENT |
| Frank Domino | | frankdomino@mehaffyweber.com | 4/8/2025 9:53:27 AM | SENT |
| Becky Kaloczi | | BKaloczi@beneschlaw.com | 4/8/2025 9:53:27 AM | SENT |
| Jonathon Korinko | | JKorinko@beneschlaw.com | 4/8/2025 9:53:27 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Hollie Ross | | HollieRoss@MehaffyWeber.com | 4/8/2025 9:53:27 AM | SENT |
| Alyssa Bixby-Lawson | | alyssa.bixby-lawson@oag.texas.gov | 4/8/2025 9:53:27 AM | SENT |
| Andrea Fratus | | edocket@mehaffyweber.com | 4/8/2025 9:53:27 AM | SENT |
| B. RobinBurt | | robin.burt@oag.texas.gov | 4/8/2025 9:53:27 AM | ERROR |



*300 E. 26th St., Suite 1200*
*Bryan TX 77803*
*(979) 361-4230*
*(979) 361-0197 fax*

**GABRIEL GARCIA**
*District Clerk*

April 21, 2025

Tenth Court of Appeals
McLennan County Courthouse
501 Washington Ave., Room 415
Waco, TX 76701-1327

Re:     Cause No. 20-002171-CV-272

Dear Sir or Madam:

Please be advised that the above styled and numbered cause is presently on appeal in Brazos County, Texas. The records of this office reflect that notice of appeal was given on 04/16/2025. This case has been assigned to the 10th Court of Appeals and will be transmitted to that court as soon as the record on appeal has been approved. Any questions concerning extensions of time should be directed to the assigned Court of Appeals.

Sincerely,

*Gabriel Garcia/J.M.*
District Clerk
Brazos County, Texas

cc: WILLIAM H. FARRELL          VIA EMAIL
    THOMAS O. CRIST             VIA EMAIL

APPELLATE NO._____
(To be filled in by COA)

TRIAL COURT NO. <u>20-002171-CV-272</u>

| | | | |
|---|---|---|---|
| <u>BE&K BUILDING GROUP, LLC</u> | | X | IN THE 272ND DISTRICT COURT |
| VS. | | X | OF |
| <u>THE BOARD OF REGENTS OF THE TEXAS A&M UNIVERSITY SYSTEM</u> | | X | BRAZOS COUNTY, TEXAS |

CASE TYPE: Contract - Other

JUDGMENT OR APPEALABLE ORDER SIGNED: ORDER DENYING TEXAS A&M'S PLEA TO THE JURISDICTION – SIGNED APRIL 9TH, 2025

MOTION FOR NEW TRIAL: N/A

NOTICE OF APPEAL FILED: 04/16/2025

REQUEST FOR FINDINGS OF FACT: N/A

DATE REQUEST FOR REPORTER'S RECORD FILED: 04/16/25

PRESIDING TRIAL COURT JUDGE: JOHN BRICK

TRIAL COURT REPORTER(S): KAETHERYNE KYRIELL

WAS THE APPELLANT DECLARED INDIGENT? : NO


APELLANT'S COUNSEL IS: Retained

APELLANT'S ATTORNEY:

| |
|---|
| **WILLIAM FARRELL SBN: 0079531** |
| **Office of the Attorney General** **PO Box 12548, Capital Station** **Austin, Texas 78711** |
| **P: 512-936-2650 F: 512-320-0667** |

APPELLEE'S ATTORNEY:

| |
|---|
| **THOMAS CRIST SBN: 24119645** |
| **200 Public Square, Suite 2300** **Cleveland, OH 44114** |
| **P: 216-363-4500 F: 216-363-4588** |

Filed on this the 21st day of April, 2025.

GABRIEL GARCIA, DISTRICT CLERK
BRAZOS COUNTY, TEXAS

BY: _J. Martinez_____
**DEPUTY CLERK**